# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JAMES RIVER INSURANCE COMPANY,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) Civil Action Number<br>) **5:16-cv-00949-AKK** |
| **ULTRATEC SPECIAL EFFECTS, INC., et al.,** | )<br>)<br>) |
| **Defendants** | )<br>) |
| **ULTRATEC SPECIAL EFFECTS, INC.,** | )<br>)<br>) |
| **Third-Party Plaintiff** | )<br>) |
| v. | )<br>) |
| **BRITTON-GALLAGHER & ASSOCIATES, INC., et al.** | )<br>)<br>) |
| **Third-Party Defendants.** | ) |

## ORDER

Consistent with the contemporaneously-entered memorandum opinion, doc. 169, James River Insurance Company's motion for leave to file excess pages, doc. 132, is **GRANTED**.

James River's motion for summary judgment, doc. 139, is **DENIED** as to Count One of the Complaint and Amended Counterclaim, and **GRANTED** as to

Count Two of the Complaint regarding James River's duty to defend and indemnify Robert Holland, Randy Moore, and John Anthony, and Count Two of the Amended Counterclaim for reformation of the Policy.

Ultratec Special Effects Inc.'s partial motion for summary judgment, doc. 133, is **GRANTED**.

Mike Thouin's motion for summary judgment, doc. 135, is **GRANTED** as to Count I in the Complaint, and, based on the current record, is **GRANTED** as to Count II.

David Cothran, as administrator of the Estate of Aimee Cothran, Donald Sanderson, as administrator of the Estate of Virginia Marie Sanderson, and Colleen McKenna Whorton's partial motion for summary judgment, doc. 140, is **GRANTED**.

Accordingly, the court **ORDERS** as follows:

1. James River has a duty to defend Ultratec Special Effects, Inc.; MST Properties, LLC; and Mike Thouin in the underlying state court lawsuits.

2. James River does not have a duty to defend or indemnify Robert Holland, Randy Moore, and John Anthony.

3. James River is not entitled to reimbursement of defense costs and fees for defending its insureds in the underlying state court lawsuits.

**DONE** the 27th day of March, 2020.

                                                  _____
                                                  **ABDUL K. KALLON**
                                          UNITED STATES DISTRICT JUDGE